**MANDATE**

# United States Court of Appeals

## For the First Circuit

DC #04-449
J. Lisi

---

No. 05-1150

NOEL DAVID E. DANDY,

Plaintiff, Appellant,

v.

UNITED STATES,

Defendant, Appellee.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 04 2005

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: September 13, 2005

After allowing appellant Noel David E. Dandy to proceed in forma pauperis and giving him an opportunity to be heard, the district court dismissed the second amended complaint under 28 U.S.C. § 1915(e)(2)(B). After carefully reviewing the record and appellant's brief, we affirm the district court judgment essentially for the reasons stated by the magistrate judge in his December 28, 2004 Report and Recommendation, which was adopted by the district judge on January 14, 2005. We add only that (1) consent was not required for the magistrate judge's consideration of appellant's complaints, see 28 U.S.C. § 636(b)(1)(B); and (2) the district court did not abuse its discretion in not appointing counsel to represent appellant, see DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991) ("[t]here is no absolute constitutional right to a free lawyer in a civil case," and a lawyer will only be appointed in "exceptional circumstances").

Affirmed. See Local Rule 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified Copy to Hon. Mary E. Lisi; Mr. David DiMarzio, Clerk USDC

cc: Messrs. Dandy, DiGioia & Ms. Dinerman